

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00225-CR

SHERYL ANN JACKSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 28805

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Sheryl Ann Jackson, appellant, filed with this Court a motion to dismiss her appeal.  The motion was signed by both Jackson and her counsel in compliance with the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss the appeal.

Jack Carter
Justice

Date Submitted:     October 29, 2013
Date Decided:       October 30, 2013

Do Not Publish